CROSS, AUSTIN & IRELAND LUMBER COMPANY, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

(Argued October 7, 1929; decided October 22, 1929.)

*Russel S. Coutani, William C. Cannon, Theodore Kiendl* and *Francis W. Phillips* for appellant.

*Robert P. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.